934

*liams, Clarence A. Southerland, David F. Anderson* and *William Poole* for appellant. *Solicitor General Perlman, Assistant Attorney General Bergson, Edward Dumbauld* and *J. Stanley Payne* for the United States and the Interstate Commerce Commission; and *S. J. Wettrick* and *Floyd F. Shields* for General Mills, Inc. et al., respondents.

*Miscellaneous Orders.*

No. 626. UNITED STATES *v.* ZISBLATT. Appeal from the United States District Court for the Southern District of New York. Dismissed on motion of counsel for the appellant. *Solicitor General Perlman* for appellant.

No. 348, Misc. ENFIELD *v.* BIOW COMPANY, INC. ET AL. Motion for leave to file petition for writ of certiorari denied. Petitioner *pro se. T. B. Cosgrove* and *Leonard A. Diether* for respondents.

No. 405, Misc. DALE *v.* HEINZE, WARDEN; and

No. 423, Misc. WILLIAMS *v.* OVERHOLSER, SUPERINTENDENT. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 430, Misc. EX PARTE LOUISIANA FARMERS PROTECTIVE UNION, INC. Motion for leave to file petition for writ of mandamus denied. *Cameron C. McCann, James H. Morrison, Edward R. Schowalter* and *K. K. Kennedy* for petitioner.

*Certiorari Granted.*

No. 528. CHRISTOFFEL *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *O. John Rogge* for peti-